No. 190. PENNSYLVANIA R. CO. *v.* DEPTULA. October 9, 1933. Petition for writ of certiorari to the Court of

Errors and Appeals of New Jersey denied. *Messrs. Frederic D. McKenney, John A. Hartpence, John Spalding Flannery*, and *G. Bowdoin Craighill* for petitioner. *Mr. Clement K. Corbin* for respondent.